UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
DOROTHY BARNES and LINDA MCNAIR,
                      Plaintiffs,

v.

CITY OF MOUNT VERNON, CITY OF
MOUNT VERNON POLICE DEPARTMENT,
P.O. ANDRES SANCHEZ, P.O. NICHOLAS
SCIMIA, P.O. TARIQ K. HYLTON, P.O.
RICHARD J. CASTELHANO, DETECTIVE
ALLEN PATTERSON, DETECTIVE
NATASHA M. CHERON, and DETECTIVE
LINDSAY M. BRAIG,
                      Defendants.
---------------------------------------------------------------x

**ORDER OF DISMISSAL**

21 CV 4217 (VB)

The Court has been advised that the parties have settled this case in principle. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than August 20, 2021. To be clear, any application to restore the action must be filed by August 20, 2021, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

All other deadlines, scheduled conferences, or other scheduled court appearances are canceled. Any pending motions are moot.

Dated: July 6, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge